*Office of the Chapter 13 Standing Trustee*

***Isabel C. Balboa, Chapter 13 Standing Trustee*** †

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Lu'Shell K. Alexander\** |

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

February 26, 2021

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
        Debtor(s) Name:    Enrique A. Gaete and Maria L. Gaete
        Case No:    17-17885 ABA
        Hearing Date:    March 25, 2021 at 2:00 P.M.

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on February 25, 2021 for the above-captioned matter.

    The proposed form of order filed with the Motion/Application, fails to indicate a new monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $638.00 per month for fourteen (14) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

    As always, the Court is welcome to contact the Trustee with any concerns.

    Respectfully submitted,

    ***OFFICE OF THE CHAPTER 13***
    ***STANDING TRUSTEE***

    */s/ Isabel C. Balboa*

    **ISABEL C. BALBOA**
    Chapter 13 Standing Trustee

ICB:lka

c:    Candyce I. Smith-Sklar, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
    Enrique A. Gaete and Maria L. Gaete   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**