Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17885−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Enrique A Gaete<br>104 Pheasant Meadow Drive<br>Galloway, NJ 08205 | Maria L. Gaete<br>aka Maria D. Gaete<br>104 Pheasant Meadow Drive<br>Galloway, NJ 08205 |

Social Security No.:
  xxx−xx−6656                              xxx−xx−3526

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date: 3/25/21
Time: 02:00 PM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Candyce Ilene Smith−Sklar, Debtor's Attorney, period: 7/18/2017 to 6/5/2019

COMMISSION OR FEES
Fees: $4,750.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 26, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-17885-ABA |
| Enrique A Gaete | Chapter 13 |
| Maria L. Gaete | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 26, 2021 | Form ID: 137 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Enrique A Gaete, Maria L. Gaete, 104 Pheasant Meadow Drive, Galloway, NJ 08205-3130 |
| cr | + | Pheasant Meadow Condominium Association, Inc., Hyberg White Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| lm | + | Wells Fargo Bank, NA, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517938234 | + | AIM Pleasantville, PO Box 786061, Philadelphia PA 19178-6061 |
| 516774148 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516774149 | + | America Express Legal, PO Box 278, 500 North Franklin Turnpike, Ramsey, NJ 07446-1177 |
| 516920144 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516774150 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516774151 | + | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 517938230 | + | Apex Asset Management, LLC, PO Box 5407, Lancaster PA 17606-5407 |
| 517938228 | + | AtlantiCare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 517938225 | + | Atlantic Medical Imaging, LLC, PO Box 1564, Indianapolis, IN 46206-1564 |
| 516774152 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516774154 | + | Cap1/bstby, 1405 Foulk Road, Wilmington, DE 19803-2769 |
| 517938229 | + | Care Point Health Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 517938235 | + | Carepoint Health Medical Group, PO Box 824276, Philadelphia PA 19182-4276 |
| 516774158 | + | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 516774159 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516774162 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 516774163 | + | Federal Hm Loan Mortgage/Wells Fargo, c/o Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518661359 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518661360 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation, Serviced by Select Portfolio Servicing, |
| 517938227 | + | IC System, 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 517938231 | + | Jersey Urology Group PA, 403 Bethel Road, Somers Point, NJ 08244-2108 |
| 517938224 | + | Laboratory Corporation of America Holdings, PO Box 2240, Burlington, North Carolina 27216-2240 |
| 517938226 | + | Laboratory Corporation of America Holdings, c/o LCA Collections, PO Box 2240, Burlington, North Carolina 27216-2240 |
| 516774165 | + | Mb Fin Svcs, 2050 Roanoke Rd, Westlake, TX 76262-9616 |
| 517938233 | + | NJ Medical and Health Associates, DBA CarePoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 516842856 | + | Pheasant Meadow Condominium Association, c/o Norman L. Zlotnick, Esquire, Hyberg White & Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517938232 | + | Rickart Collection Systems, Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 516895507 | + | Santander Consumer USA Inc., an Illinois corporati, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 516774166 | + | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 518048758 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518048759 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516960055 | + | TD Bank NA, Michael E. Blaine, Esq., 30 Montgomery Street Ste 1205, Jersey City, NJ 07302-3835 |
| 516959140 | + | TD Bank, N.A., Payment Processing, P.O. Box 16029, Lewiston, ME 04243-9507 |
| 516774174 | + | The Prudential Diversified Realty & Asso, 28 S. New York Rd., Ste B6, Absecon, NJ 08205-9695 |
| 516774178 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

Case 17-17885-ABA    Doc 105    Filed 02/28/21    Entered 03/01/21 00:23:14    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 137 | Total Noticed: 67 |

| | | |
|---|---|---|
| 516856836 | + | WELLS FARGO BANK, N.A., 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 516774177 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 516883161 | + | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines IA 50328-0001 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2021 21:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2021 21:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516774155 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 26 2021 21:52:39 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516774153 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 26 2021 21:52:39 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 517054095 | + | Email/Text: bncmail@w-legal.com | Feb 26 2021 21:39:00 | CarePoint Health - Physican CHMG, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516774159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 21:51:49 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516774160 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2021 21:38:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 516774162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 21:52:51 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517036072 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 21:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516774161 | + | Email/Text: mrdiscen@discover.com | Feb 26 2021 21:36:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516774164 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 26 2021 21:39:00 | Hyundai Capital Americ, 10550 Talbert Avenue, Fountain Valley, CA 92708-6032 |
| 517027666 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 26 2021 21:39:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516774156 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 26 2021 21:51:33 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516774157 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 26 2021 21:51:33 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517026249 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2021 21:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517056208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 21:52:44 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518178979 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 21:38:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518178978 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 21:38:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516774166 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 21:52:51 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 516774167 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:52:34 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516774168 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:51:32 | Syncb/lowes, Po Box 965005, Orlando, FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516774169 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:53:39 | Syncb/sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516774170 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:52:34 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 516774171 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:52:34 | Syncb/walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516774172 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:53:39 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 516774173 | | Email/Text: bankruptcy@td.com | Feb 26 2021 21:38:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 516886852 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 26 2021 21:52:49 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516774175 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 26 2021 21:39:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 516774176 | + | Email/PDF: DellBKNotifications@resurgent.com | Feb 26 2021 21:52:46 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517938236 | *+ | Jersey Urology Group PA, 403 Bethel Road, Somers Point NJ 08244-2108 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Candyce Ilene Smith-Sklar | on behalf of Debtor Enrique A Gaete mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Maria L. Gaete mail@njpalaw.com r56958@notify.bestcase.com |
| Chester A. Luszcz | on behalf of Creditor Pheasant Meadow Condominium Association Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 137 | Total Noticed: 67 |

|  |  |
|---|---|
|  | Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 11