Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−17885−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Enrique A Gaete<br>104 Pheasant Meadow Drive<br>Galloway, NJ 08205 | Maria L. Gaete<br>aka Maria D. Gaete<br>104 Pheasant Meadow Drive<br>Galloway, NJ 08205 |

Social Security No.:
  xxx−xx−6656                                       xxx−xx−3526

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 23, 2018.

On 3/8/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 April 14, 2021
Time:               10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 9, 2021
JAN: lgr

                                                                                                       Jeanne Naughton
                                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 17-17885-ABA

Enrique A Gaete                                                                                                   Chapter 13

Maria L. Gaete

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Enrique A Gaete, Maria L. Gaete, 104 Pheasant Meadow Drive, Galloway, NJ 08205-3130 |
| cr | + | Pheasant Meadow Condominium Association, Inc., Hyberg White Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| lm | + | Wells Fargo Bank, NA, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517938234 | + | AIM Pleasantville, PO Box 786061, Philadelphia PA 19178-6061 |
| 516774148 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516774149 | + | America Express Legal, PO Box 278, 500 North Franklin Turnpike, Ramsey, NJ 07446-1177 |
| 516920144 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516774150 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516774151 | + | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 517938230 | + | Apex Asset Management, LLC, PO Box 5407, Lancaster PA 17606-5407 |
| 517938228 | + | AtlantiCare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 517938225 | + | Atlantic Medical Imaging, LLC, PO Box 1564, Indianapolis, IN 46206-1564 |
| 516774152 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516774154 | + | Cap1/bstby, 1405 Foulk Road, Wilmington, DE 19803-2769 |
| 517938229 | + | Care Point Health Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 517938235 | + | Carepoint Health Medical Group, PO Box 824276, Philadelphia PA 19182-4276 |
| 516774158 | + | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 516774163 | + | Federal Hm Loan Mortgage/Wells Fargo, c/o Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518661359 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518661360 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation, Serviced by Select Portfolio Servicing, |
| 517938227 | + | IC System, 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 517938231 | + | Jersey Urology Group PA, 403 Bethel Road, Somers Point, NJ 08244-2108 |
| 517938224 | + | Laboratory Corporation of America Holdings, PO Box 2240, Burlington, North Carolina 27216-2240 |
| 517938226 | + | Laboratory Corporation of America Holdings, c/o LCA Collections, PO Box 2240, Burlington, North Carolina 27216-2240 |
| 516774165 | + | Mb Fin Svcs, 2050 Roanoke Rd, Westlake, TX 76262-9616 |
| 517938233 | + | NJ Medical and Health Associates, DBA CarePoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 516842856 | + | Pheasant Meadow Condominium Association, c/o Norman L. Zlotnick, Esquire, Hyberg White & Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517938232 | + | Rickart Collection Systems, Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 516895507 | + | Santander Consumer USA Inc., an Illinois corporati, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 518048758 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518048759 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516960055 | + | TD Bank NA, Michael E. Blaine, Esq., 30 Montgomery Street Ste 1205, Jersey City, NJ 07302-3835 |
| 516959140 | + | TD Bank, N.A., Payment Processing, P.O. Box 16029, Lewiston, ME 04243-9507 |
| 516774174 | + | The Prudential Diversified Realty & Asso, 28 S. New York Rd., Ste B6, Absecon, NJ 08205-9695 |
| 516774178 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516856836 | + | WELLS FARGO BANK, N.A., 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 516774177 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 516883161 | + | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines IA 50328-0001 |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 67 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2021 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2021 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516774155 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 21:02:26 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516774153 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 21:01:10 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 517054095 | + | Email/Text: bncmail@w-legal.com | Mar 09 2021 21:07:00 | CarePoint Health - Physican CHMG, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516774159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 22:21:48 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516774160 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2021 21:06:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 516774162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 22:20:22 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517036072 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2021 21:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516774161 | + | Email/Text: mrdiscen@discover.com | Mar 09 2021 21:05:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516774164 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 09 2021 21:07:00 | Hyundai Capital Americ, 10550 Talbert Avenue, Fountain Valley, CA 92708-6032 |
| 517027666 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 09 2021 21:07:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516774156 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 09 2021 21:03:34 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516774157 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 09 2021 21:02:24 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517026249 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2021 21:06:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517056208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2021 21:01:14 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518178979 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2021 21:06:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518178978 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2021 21:06:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516774166 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 22:20:21 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 516774167 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:22 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516774168 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:22 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516774169 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:03:32 | Syncb/sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516774170 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 67 |

|  |  |  | Mar 09 2021 21:01:07 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
|---|---|---|---|---|
| 516774171 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:22 | Syncb/walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516774172 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:01:07 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 516774173 |  | Email/Text: bankruptcy@td.com | Mar 09 2021 21:07:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 516886852 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 09 2021 22:18:57 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516774175 | + | Email/Text: vci.bkcy@vwcredit.com | Mar 09 2021 21:07:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 516774176 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 09 2021 21:02:31 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517938236 | *+ | Jersey Urology Group PA, 403 Bethel Road, Somers Point NJ 08244-2108 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Candyce Ilene Smith-Sklar | on behalf of Debtor Enrique A Gaete mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Maria L. Gaete mail@njpalaw.com r56958@notify.bestcase.com |
| Chester A. Luszcz | on behalf of Creditor Pheasant Meadow Condominium Association Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 67 |

    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

R. A. Lebron

    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@fskslaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III

    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 11