| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Enrique A Gaete<br>Maria L. Gaete | Case No.: 1:2017-bk-17885<br><br>Adversary No.: _____<br><br>Chapter: 13<br><br>Judge: Judge Andrew B. Altenburg Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address: Wells Fargo Bank, N.A.
MAC X2303-01A
1 Home Campus
Des Moines, IA 50328

New address: Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/04/2022                    /s/ Heather Monique Cole
                                     Signature

*rev.8/1/2021*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO.: 17-17885 |
| **Enrique A Gaete** | CHAPTER: 13 |
| **Maria L. Gaete** | |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 07, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Enrique A Gaete
104 Pheasant Meadow Drive
Galloway, NJ 08205

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Maria L. Gaete
104 Pheasant Meadow Drive
Galloway, NJ 08205

*Debtor's Attorney:*   *By CM / ECF Filing:*

Candyce Ilene Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Prosfessional Park - Suite 22
Ewing, NJ 08618

*Trustee:*   *By CM / ECF Filing:*

*Trustee:*  Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)