Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 17-17885 (ABA)

Enrique A. Gaete and Maria L. Gaete  
104 Pheasant Meadow Drive  
Galloway, NJ  08205

Monthly Payment: $256.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2022 | $256.00 | 02/10/2022 | $256.00 | 03/10/2022 | $256.00 | 04/13/2022 | $256.00 |
| 05/11/2022 | $256.00 | 06/14/2022 | $256.00 | 07/12/2022 | $256.00 | 08/10/2022 | $256.00 |
| 09/12/2022 | $256.00 | 10/12/2022 | $256.00 | 11/10/2022 | $256.00 | 12/12/2022 | $256.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ENRIQUE A. GAETE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I. SMITH-SKLAR, ESQUIRE | 13 | $1,900.00 | $1,900.00 | $0.00 | $0.00 |
| 0 | ENRIQUE A. GAETE | 0 | $653.53 | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I. SMITH-SKLAR, ESQUIRE | 13 | $750.00 | $750.00 | $0.00 | $0.00 |
| 0 | ENRIQUE A. GAETE | 0 | $384.97 | $0.00 | $0.00 | $0.00 |
| 0 | ENRIQUE A. GAETE | 0 | $694.75 | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I. SMITH-SKLAR, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $2,272.63 |
| 1 | Am Honda Fin | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICA EXPRESS LEGAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $8,375.00 | $0.00 | $8,375.00 | $0.00 |
| 4 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BK OF AMER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAP1/BOSCV | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAP1/BSTBY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,899.86 | $0.00 | $7,899.86 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY BANK/EXPRESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER FINANCIAL SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,176.57 | $0.00 | $1,176.57 | $0.00 |
| 16 | FEDERAL HM LOAN MORTGAGE/WELLS FARGO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | HYUNDAI CAPITAL AMERICA | 33 | $5,223.73 | $0.00 | $5,223.73 | $0.00 |
| 18 | AMERICAN INFOSOURCE, LP | 33 | $59.33 | $0.00 | $59.33 | $0.00 |
| 19 | SEARS/CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCB/JCP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCB/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | SYNCB/SAMS CLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCB/TJX COS DC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCB/WALMART | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SYNCB/WALMART DC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | TD BANK, N.A. | 33 | $6,270.97 | $0.00 | $6,270.97 | $0.00 |
| 27 | PHEASANT MEADOW CONDOMINIUM ASSOCIATION | 24 | $4,455.68 | $4,338.61 | $117.07 | $606.27 |
| 28 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | VW CREDIT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MIDLAND FUNDING, LLC | 33 | $1,069.35 | $0.00 | $1,069.35 | $0.00 |
| 31 | WELLS FARGO BANK, N.A. | 24 | $1,236.69 | $1,204.20 | $32.49 | $168.27 |
| 32 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | Candyce Ilene Smith-Sklar | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | MARIA L. GAETE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | AMERICAN EXPRESS | 33 | $3,398.55 | $0.00 | $3,398.55 | $0.00 |
| 37 | DEPARTMENT STORES NATIONAL BANK | 33 | $7,317.40 | $0.00 | $7,317.40 | $0.00 |
| 38 | CAREPOINT HEALTH - PHYSICAN CHMG | 33 | $84.99 | $0.00 | $84.99 | $0.00 |
| 39 | PHEASANT MEADOW CONDOMINIUM ASSOCIATION | 24 | $2,838.61 | $2,758.40 | $80.21 | $415.35 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2017 | 46.00 | $0.00 |
| 03/01/2021 | Paid to Date | $12,228.00 |
| 04/01/2021 | 37.00 | $256.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,072.00 |
| Total paid to creditors this period: | $3,462.52 |
| Undistributed Funds on Hand: | $233.98 |
| Arrearages: | $256.00 |
| Attorney: | CANDYCE I. SMITH-SKLAR, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**