UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:**                                                                                   **CASE NO.: 17-17885**
                                                                                                                    **CHAPTER 13**

**Enrique A Gaete,**
  **Debtor.**

**Maria L. Gaete,**
  **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Authorized Agent for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 07004
                                           Telephone: 470-321-7112

                                           By: /s/Kimberly Wilson
                                               Kimberly Wilson
                                               Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ENRIQUE A GAETE
104 PHEASANT MEADOW DRIVE
GALLOWAY, NJ 08205

MARIA L. GAETE
104 PHEASANT MEADOW DRIVE
GALLOWAY, NJ 08205

And via electronic mail to:

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 NORTH OLDEN AVENUE
EWING PROSFESSIONAL PARK
SUITE 22
EWING, NJ 08618

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas