Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−17885−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Enrique A Gaete<br>104 Pheasant Meadow Drive<br>Galloway, NJ 08205 | Maria L. Gaete<br>aka Maria D. Gaete<br>104 Pheasant Meadow Drive<br>Galloway, NJ 08205 |

Social Security No.:
  xxx−xx−6656                                            xxx−xx−3526

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Enrique A Gaete and Maria L. Gaete</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: June 17, 2024
JAN: def

                                                          <u>Jeanne Naughton, Clerk</u>