**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Enrique A Gaete<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6656<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maria L. Gaete<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3526<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–17885–ABA

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Enrique A Gaete

Maria L. Gaete
aka Maria D. Gaete

<u>7/25/24</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 17-17885-ABA
Enrique A Gaete   Chapter 13
Maria L. Gaete
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Jul 25, 2024      Form ID: 3180W      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Enrique A Gaete, Maria L. Gaete, 104 Pheasant Meadow Drive, Galloway, NJ 08205-3130 |
| cr | + | Pheasant Meadow Condominium Association, Inc., Hyberg White Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517938234 | + | AIM Pleasantville, PO Box 786061, Philadelphia PA 19178-6061 |
| 516774148 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517938228 | + | AtlantiCare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 517938225 | + | Atlantic Medical Imaging, LLC, PO Box 1564, Indianapolis, IN 46206-1564 |
| 516774154 | + | Cap1/bstby, 1405 Foulk Road, Wilmington, DE 19803-2769 |
| 517938229 | + | Care Point Health Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 517938235 | + | Carepoint Health Medical Group, PO Box 824276, Philadelphia PA 19182-4276 |
| 517938231 | + | Jersey Urology Group PA, 403 Bethel Road, Somers Point, NJ 08244-2108 |
| 517938233 | + | NJ Medical and Health Associates, DBA CarePoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 516842856 | + | Pheasant Meadow Condominium Association, c/o Norman L. Zlotnick, Esquire, Hyberg White & Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 516960055 | + | TD Bank NA, Michael E. Blaine, Esq., 30 Montgomery Street Ste 1205, Jersey City, NJ 07302-3835 |
| 516774174 | + | The Prudential Diversified Realty & Asso, 28 S. New York Rd., Ste B6, Absecon, NJ 08205-9695 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 20:32:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| lm | + | EDI: WFFC2 | Jul 26 2024 00:25:00 | Wells Fargo Bank, NA, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516774149 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 20:43:16 | America Express Legal, PO Box 278, 500 North Franklin Turnpike, Ramsey, NJ 07446-1177 |
| 516920144 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 20:44:20 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516774150 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 20:55:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516774151 | + | EDI: CITICORP | Jul 26 2024 00:25:00 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |

Case 17-17885-ABA    Doc 131    Filed 07/27/24    Entered 07/28/24 00:13:54    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 517938230 | ^ MEBN | Jul 25 2024 20:30:26 | Apex Asset Management, LLC, PO Box 5407, Lancaster PA 17606-5407 |
| 516774152 | + EDI: BANKAMER | Jul 26 2024 00:25:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 516774155 | EDI: CAPITALONE.COM | Jul 26 2024 00:25:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516774153 | + EDI: CAPITALONE.COM | Jul 26 2024 00:25:00 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 517054095 | + Email/Text: bncmail@w-legal.com | Jul 25 2024 20:33:00 | CarePoint Health - Physican CHMG, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516774158 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2024 20:33:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 516774159 | + EDI: CITICORP | Jul 26 2024 00:25:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516774160 | + EDI: WFNNB.COM | Jul 26 2024 00:25:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 516774162 | EDI: CITICORP | Jul 26 2024 00:25:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517036072 | EDI: Q3G.COM | Jul 26 2024 00:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516774161 | + EDI: DISCOVER | Jul 26 2024 00:25:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516774163 | + Email/Text: ecourts.col_efilings@fskslaw.com | Jul 25 2024 20:32:00 | Federal Hm Loan Mortgage/Wells Fargo, c/o Fein, Such, Kahn & Shepard, P.C, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 520183948 | + Email/Text: RASEBN@raslg.com | Jul 25 2024 20:32:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 518661360 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 25 2024 20:33:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 518661359 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 25 2024 20:33:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516774164 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 25 2024 20:33:00 | Hyundai Capital Americ, 10550 Talbert Avenue, Fountain Valley, CA 92708-6032 |
| 517027666 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 25 2024 20:33:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517938227 | + EDI: LCIICSYSTEM | Jul 26 2024 00:25:00 | IC System, 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 516774156 | EDI: JPMORGANCHASE | Jul 26 2024 00:25:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516774157 | EDI: JPMORGANCHASE | Jul 26 2024 00:25:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517938224 | Email/Text: govtaudits@labcorp.com | Jul 25 2024 20:33:00 | Laboratory Corporation of America Holdings, PO Box 2240, Burlington, North Carolina 27216 |
| 517938226 | Email/Text: govtaudits@labcorp.com | Jul 25 2024 20:33:00 | Laboratory Corporation of America Holdings, c/o LCA Collections, PO Box 2240, Burlington, North Carolina 27216 |
| 517026249 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 20:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 17-17885-ABA    Doc 131    Filed 07/27/24    Entered 07/28/24 00:13:54    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 516774165 | + | EDI: MERCEDES | Jul 26 2024 00:25:00 | Mb Fin Svcs, 2050 Roanoke Rd, Westlake, TX 76262-9616 |
| 517056208 | | EDI: PRA.COM | Jul 26 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518178979 | + | EDI: Q3G.COM | Jul 26 2024 00:25:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518178978 | | EDI: Q3G.COM | Jul 26 2024 00:25:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517938232 | | Email/Text: pattim@rickart.com | Jul 25 2024 20:33:00 | Rickart Collection Systems, Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902 |
| 516895507 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2024 20:33:00 | Santander Consumer USA Inc., an Illinois corporati, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 516774166 | + | EDI: CITICORP | Jul 26 2024 00:25:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 518048758 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2024 20:33:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518048759 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2024 20:33:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516774167 | + | EDI: SYNC | Jul 26 2024 00:25:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516774168 | + | EDI: SYNC | Jul 26 2024 00:25:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516774169 | + | EDI: SYNC | Jul 26 2024 00:25:00 | Syncb/sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516774170 | + | EDI: SYNC | Jul 26 2024 00:25:00 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 516774171 | + | EDI: SYNC | Jul 26 2024 00:25:00 | Syncb/walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 516774172 | + | EDI: SYNC | Jul 26 2024 00:25:00 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 516774173 | | EDI: TDBANKNORTH.COM | Jul 26 2024 00:25:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 516959140 | ^ | MEBN | Jul 25 2024 20:30:52 | TD Bank, N.A., Payment Processing, P.O. Box 16029, Lewiston, ME 04243-9507 |
| 516886852 | + | EDI: AIS.COM | Jul 26 2024 00:25:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516774175 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 25 2024 20:33:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 516774178 | | EDI: WFFC | Jul 26 2024 00:25:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516856836 | + | EDI: WFFC2 | Jul 26 2024 00:25:00 | WELLS FARGO BANK, N.A., 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-1663 |
| 516774176 | + | Email/PDF: DellBKNotifications@resurgent.com | Jul 25 2024 20:54:41 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 516774177 | + | EDI: WFFC2 | Jul 26 2024 00:25:00 | Wells Fargo Bank Nv Na, Po Box 31557, Billings, |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | | | | MT 59107-1557 |
|---|---|---|---|---|
| 516883161 | + EDI: WFFC2 | | Jul 26 2024 00:25:00 | Wells Fargo Bank, N.A., MAC X2303-01A, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517938236 | *+ | Jersey Urology Group PA, 403 Bethel Road, Somers Point NJ 08244-2108 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Enrique A Gaete njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Maria L. Gaete njpalaw@gmail.com r56958@notify.bestcase.com |
| Chester A. Luszcz | on behalf of Creditor Pheasant Meadow Condominium Association  Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation kimwilson@raslg.com |
| R. A. Lebron | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@fskslaw.com |

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Jul 25, 2024 | Form ID: 3180W | Total Noticed: 69

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 14